1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS EUGENE GRAY,                          No.  1:23-cv-01297 GSA (PC)

12                  Plaintiff,                      SECOND ORDER DIRECTING PLAINTIFF
                                                    TO FILE NOTICE OF CURRENT ADDRESS
13            v.                                    AND TO CONFIRM DESIRE TO CONTINUE
                                                    TO PROSECUTE CASE
14    WARDEN, et al.,
                                                    PLAINTIFF'S NOTICE AND
15                  Defendants.                     CONFIRMATION DUE IN SEVEN DAYS

16                                                  ORDER DIRECTING CLERK OF COURT TO
                                                    MAIL ORDER TO PLAINTIFF'S MULE
17                                                  CREEK STATE PRISON ADDRESS ON
                                                    DOCKET AND TO CALIFORNIA STATE
18                                                  PRISON – LOS ANGELES COUNTY

19

20            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

21    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

22    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23            For the reasons stated below, Plaintiff will be ordered to file a notice of current address

24    with the Court and confirm that he continues to have an interest in prosecuting this case.  He will

25    be given seven days to comply with this order.

26        I.      RELEVANT BACKGROUND

27            On March 12, 2025, the Court issued a minute order which directed Plaintiff to file notice

28    of current address.  See ECF No. 7.  Plaintiff was given seven days to comply .  See id.

                                                    1

More than seven days have passed and Plaintiff has not responded to the Court's order, nor has he requested an extension of time to do so. Plaintiff has not responded to the Court's order in any way. In addition, the Court takes judicial notice of the fact that the minute order was not returned to it marked "undeliverable."

II.     DISCUSSION

Under normal circumstances, the Court would recommend that this matter be dismissed for failure to prosecute and/or for failure to obey a court order as Plaintiff failed to respond to the Court's March 12, 2025, minute order. However, a quick search conducted sua sponte by the Court on the California Department of Corrections and Rehabilitation's ("CDCR") website indicates that Plaintiff is no longer incarcerated at Mule Creek State Prison. It appears instead that he is now incarcerated at California State Prison – Los Angeles County. See https://ciris.mt.cdcr.ca.gov/results?lastName=gray&middleName=eugene&firstName=thomas (last visited 4/22/25).

The Court notes for the record that it is Plaintiff's responsibility to keep the Court informed of his address at all times. See Local Rule 183(b). The Court is not obligated to attempt to determine any litigant's address. However, given that it did so in this case, once again, as in its March 2025 minute order, the Court states the following: This matter is at the screening stage of the proceedings. However, given that a significant amount of time has passed since this matter was filed, it is possible that Plaintiff no longer has an interest in prosecuting this case. In addition, despite the fact that the Court has discovered that Plaintiff's address has changed since he filed his complaint, consistent with Local Rule 183(b), Plaintiff will need to file a formal "Notice of Change of Address" with the Court.

For these reasons, the Clerk of Court will be directed to serve Plaintiff at both his Mule Creek State Prison address that he currently has listed on the docket, as well as at the California State Prison – Los Angeles County mailing address. Plaintiff will be ordered to file a Notice of Change of Address with the Court. In addition, he will be directed to inform the Court whether he still wishes to prosecute this action. Plaintiff shall have seven days from the date of this order to comply fully with it.

1    Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this

2    order, Plaintiff shall:

3        1.  FILE a Notice of Change of Address with the Court, and

4        2.  INFORM the Court whether he still wishes to prosecute this case.

5    **Plaintiff is cautioned that failure to comply with this order within the time allotted**

6    **may result in a recommendation that this case be dismissed.**

7    IT IS FURTHER ORDERED that the Clerk of Court shall:

8        1.  MAIL a copy of this order BOTH to the Mule Creek State Prison address that Plaintiff

9    currently has listed on the docket in this case AND to the mailing address that the Court normally

10   uses to mail orders to inmates at California State Prison – Los Angeles County.  The mailings

11   should also include Plaintiff's prison inmate ID number next to his name.

12       2.  Should the Clerk's Office <u>not</u> have an address that it normally uses to mail orders to

13   inmates at California State Prison – Los Angeles County, it shall use the following mailing

14   address and include Plaintiff's prison inmate ID number next to his name:

15

16           CSP – Los Angeles County
             PO BOX 8457
17           Lancaster, CA 93539-8457

18

19

20   IT IS SO ORDERED.

21   Dated:   **April 22, 2025**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

3